DAYTON BAR ASSOCIATION *v.* LEWIS.

[Cite as *Dayton Bar Assn. v. Lewis* (1999), 84 Ohio St.3d 517.]

(No. 98–1707—Submitted October 28, 1998—Decided February 17, 1999.)

*Howard P. Krisher* and *Nikki J. Palmer,* for relator.

*Herbert Creech,* for respondent.

---

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board.

Respondent's conduct, including his failure to file tax returns coupled with his disregard of the bankruptcy judge's order to file them, warrants serious disciplinary consequences.

Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.